In the Matter of the Application of JENNIE PETERS PARKER, Appellant, for an Order Appointing Commissioners to Fix Damages Pursuant to Section 85 of the Indian Law of the State of New York.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WADHAMS J. ROWELL, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of ANDREW McMANNIS, as Administrator, etc., of PATRICK McMANNIS, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARY WINNEY, Respondent, v. EUNICE D. INGHAM, Appellant.—Appeal dismissed unless appellant shall file and serve printed briefs by February first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LEO A. WIRTH and ALBERT J. BOTT, Respondents, v. FELIX GRASSI, Appellant. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LULU GREENE, Respondent, v. LOUIS DEREN, Appellant.— Motion granted and appeal dismissed, with costs, for the failure of the appellant to comply with the order entered herein June 27, 1929. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MATILDA ANDERSON, Plaintiff, v. JOHN IRWIN CONTRACTING COMPANY, INCORPORATED, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CLARENCE JOHNSON, Plaintiff, v. JOHN IRWIN CONTRACTING COMPANY, INCORPORATED, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EVELYN JOHNSON, an Infant, by JENNIE JOHNSON, Her Guardian ad Litem, Plaintiff, v. JOHN IRWIN CONTRACTING COMPANY, INCORPORATED, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

AUGUST ANDERSON, Plaintiff, v. JOHN IRWIN CONTRACTING COMPANY, INCORPORATED, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DI SANTI, Appellant.—Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.* Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ,

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER JACUMSKI. Appellant.—Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of RICHARD E. BABCOCK, an Attorney and Counselor at Law. — Respondent given fifteen days within which to file his answer to the supplemental petition, and issues raised thereby referred to Hon. S. Nelson Sawyer, official referee heretofore designated to take the proofs in this proceeding. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

* Amd. by Laws of 1926, chap. 464.— [REP.